

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00197-CR
No. 07-25-00198-CR

ANGEL VASQUEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 69th District Court
Moore County, Texas
Trial Court No. 6850, 6865, Honorable Kimberly Allen, Presiding

September 4, 2025

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Angel Vasquez, appeals his convictions for burglary of a building[1] and unauthorized use of a vehicle.[2]  Pending before this Court is Appellant's motion seeking voluntary dismissal of the appeals.  As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by both Appellant and his attorney.  As no decision of the

---

[1] *See* TEX. PENAL CODE ANN. § 30.02(c)(1).

[2] *See* TEX. PENAL CODE ANN. § 31.07.

Court has been delivered, the motion is granted and the appeals are dismissed. No motion for rehearing will be entertained and our mandates will issue forthwith.

Per Curiam

Do not publish.